

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00299-CR

Robert **AGUILAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12632
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

SIGNED August 1, 2018.

_____
Rebeca C. Martinez, Justice